1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ROBERT TIMOTHY BOLLA,              Case No. CV 17-1640 (SS)

12                    Plaintiff,

13        v.                                    **JUDGMENT**

14   NANCY A. BERRYHILL, Acting
     Commissioner of Social
15   Security,

16                    Defendant.

17   _____

18        IT IS ADJUDGED that the decision of the Commissioner is

19   REVERSED and that the above-captioned action is REMANDED to the

20   Commissioner for further action consistent with the Court's

21   Memorandum Decision and Order.

22

23   DATED:  January 22, 2018

24
                                    _____
25                                          /S/
                                    SUZANNE H. SEGAL
26                                  UNITED STATES MAGISTRATE JUDGE

27

28